UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKEIM EL BEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICES, INC.,<br><br>　　　　　Defendant. | No.  2:16-cv-2248 MCE GGH PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se and has paid the filing fee.  This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

　　　　On December 19, 2016, plaintiff filed a "request for summary judgment."  (ECF No. 18.) Plaintiff's motion is defectively noticed.  See E. D. Local Rule 230(b).  Even if the motion were properly noticed, it is premature.  Two motions to dismiss are currently submitted and pending review by the court.  Plaintiff is referred to Fed. R. Civ. P. 56 and E.D. Local Rule 260 for information regarding the timing and procedure for filing a summary judgment motion.

　　　　Accordingly, IT IS ORDERED that:  plaintiff's motion for summary judgment, filed December 19, 2016 (ECF No. 18), is vacated without prejudice to its refiling, if necessary, after the adjudication of the motions to dismiss.

Dated: December 24, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE