UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKEIM EL BEY,<br><br>Plaintiff,<br><br>v.<br><br>MATT HOLLINGSWORTH, et al.,<br><br>Defendants. | No. 2:16-cv-2248 MCE GGH<br><br><br><br>ORDER |

Plaintiff filed a Complaint acting in pro se alleging False Claims act charges against defendants on September 22, 2016. ECF No. 1. On February 6, 2017, the undersigned entered Findings and Recommendations in which dismissal of the complaint with prejudice, ECF No. 21, which recommendation was adopted by the district court on March 16, 2017, ECF 23, and judgment was entered on the same date. ECF No. 24. Plaintiff filed a Notice of Appeal on April 10, 2017, ECF No. 25, together with a Motion to Proceed In Forma Pauperis. ECF No. 26. This Order addresses the Motion.

The Court has examined the affidavit executed by plaintiff in conjunction with his Motion and finds that the appeal is not brought in good faith. As a result, the court will DENY this Motion.

In light of the foregoing IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Proceed In Forma Pauperis is DENIED;

2. The Clerk of the Court is directed to forward this Order to the Ninth Circuit Court of Appeals where the matter is now venued.

**IT IS SO ORDERED.**

Dated: May 1, 2017

                                        /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE